UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  WA:26-CR-00149(1)-CRW |
| | § | |
| (1) Leonel VILLEDA-Aguilar | § | |

### ORDER ACCEPTING GUILTY PLEA

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 23, 2026, wherein the defendant (1) Leonel VILLEDA-Aguilar waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Leonel VILLEDA-Aguilar to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Leonel VILLEDA-Aguilar's plea of guilty to Count One (1) is accepted.

Signed this 9th day of July, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE